**IMPORTANT NOTICE:  AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO  clerk@ned.uscourts.gov.   IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK J. ANDERSON, | ) | Case Number:  7:18CV5010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT TO EXERCISE** |
| v. | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| UNION PACIFIC RAILROAD COMPANY, | ) | **AND** |
| | ) | **ORDER OF REFERENCE** |
| Defendant. | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have Magistrate Judge Cheryl L. Zwart conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.  Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| s/ Shawn M. Sassaman | For Mark J. Anderson | October 14, 2019 |
| s/ Michael L. Storey | For Union Pacific Railroad Company | October 14, 2019 |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl L. Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

____10/15/2019_____                 _____
                    Date                                                                    United States District Judge